UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERMAN ARNOLD and MARLA ARNOLD,

               Plaintiffs,                                Case No. 1:07-cv-881

v.                                            Hon. Gordon J. Quist

GATES CHEVY WORLD, a/k/a GATES
CHEVROLET and GMAC LLC, d/b/a
GMAC FINANCIAL,

               Defendants.
_____/

**ORDER**

       Pending before the court is a motion by defendant to withdraw their motion to compel discovery (docket no. 48).  Accordingly, the motion to compel (docket no. 32) is DENIED as moot, and the hearing scheduled for May 8, 2008 at 11:00 am. is CANCELLED.

       IT IS SO ORDERED.

Dated:  May 6, 2008                    /s/ Hugh W. Brenneman, Jr.
                                    HUGH W. BRENNEMAN, JR.
                                    United States Magistrate Judge